■ In the Matter of DONALD FAISON, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [708 NYS2d 679] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner was found guilty after a Tier II hearing of violating inmate rules 107.11 (7 NYCRR 270.2 [B] [8] [ii]) and 107.20 (7 NYCRR 270.2 [B] [8] [iii]). There is no merit to the contention of petitioner that he was denied his right to an employee assis-

tant pursuant to 7 NYCRR 251-4.1. The record establishes that petitioner was not illiterate, and it cannot be said that the Hearing Officer abused his discretion in determining that an assistant was not otherwise warranted (*see*, 7 NYCRR 251-4.1). "[G]iven that the record reveals no request at the hearing for the documentary evidence described by petitioner in his petition, we reject his contention that he was denied such evidence" (*Matter of Jacques v Coughlin*, 211 AD2d 929, 930). There is no evidence that the Hearing Officer was biased or that the outcome of the hearing flowed from such bias (*see*, *Matter of Crandall v Coughlin*, 219 AD2d 823, 823-824; *Matter of Parker v Coughlin*, 211 AD2d 929). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Pine, J. P., Hayes, Kehoe and Lawton, JJ.